Oscar W. Kaddatz, Appellee, v. John Stevens, Appellant.

Gen. No. 45,887.

Churchill and Cody, for appellant; Edward S. Cody, and Charles D. Snewind, of counsel; John H. Roser, for appellee. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed April 22, 1953; release for publication June 3, 1953.